IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, *et al.*, : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> ACER AMERICA CORPORATION, *et al.*, : <br> Defendants. : | Civil No. 5:22-cv-02600-JMG |

**ORDER**

**AND NOW**, this 14th day of June, 2023, upon consideration of Defendant Acer, Inc.'s Motion to Dismiss [ECF Nos. 62, 63], Plaintiffs' Response in Opposition [ECF No. 64], Defendant's Reply Brief [ECF No. 68-1], Plaintiffs' Sur Reply [ECF No. 73], Defendant's Sur-Sur Reply [ECF No. 74], and the attachments and exhibits thereto, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss [ECF Nos. 62, 63] is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge